1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-8868
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Sharon West

6

7                 UNITED STATES DISTRICT COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9

10 SHARON WEST,                        )  Case No.: 12-cv-00962-RZ
                                       )
11                                     )  [PROPOSED] ORDER AWARDING
            Plaintiff,                 )  EQUAL ACCESS TO JUSTICE ACT
                                       )  ATTORNEY FEES AND EXPENSES
12    vs.                              )  PURSUANT TO 28 U.S.C. § 2412(d)
   CAROLYN W. COLVIN, Acting          )  AND COSTS PURSUANT TO 28
13 Commissioner of Social Security,    )
                                       )  U.S.C. § 1920
14                                     )
            Defendant                  )
15                                     )
                                       )
16 _____)

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19   Access to Justice Act Fees, Costs, and Expenses:

         IT IS ORDERED that fees and expenses in the amount of $4,600.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
21
   28 U.S.C. § 1920, be awarded to Plaintiff.  subject to the terms of the Stipulation.
22                       DATE:    July 19, 2013

23

24   _____
                THE HONORABLE RALPH ZAREFSKY
25                UNITED STATES MAGISTRATE JUDGE

26

                              -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/

_____
Denise Bourgeois Haley
Attorney for plaintiff Sharon West